## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| Curtis E. Rider, Jr. | |
| | Case No.: **19-10449 JKF** |
| Debtor(s) | Chapter 7 |

### NOTICE OF CONTINUED SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial Section 341 Meeting of Creditors for the above-captioned case, originally scheduled for Friday, March 1, 2019 at 11:00am, has been continued to **Friday, March 8, 2019 at 1:00pm**. The continued meeting will be conducted at 1234 Market Street, Suite 18-341, Philadelphia, PA 19107.

I HEREBY CERTIFY that a copy of the foregoing Notice of Continued Section 341 Meeting of Creditors was sent first class mail, postage prepaid to all creditors on the attached mailing matrix, the case Trustee and the U.S. Trustee this 8th day of February 2019.

Dated: February 8, 2019

                                        **SADEK AND COOPER,**
BY:   /s/ Brad J. Sadek, Esquire
         1315 Walnut Street, #502
         Philadelphia, PA 19107
         215-545-0008
         Counsel for Debtor(s)