# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Curtis E Rider, Jr.**                             Case No.  **19-10449**
                               Debtor(s)                   Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 8, 2019**, a copy of **Notice of Continue 341** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Airlines FCU**
**Capital One**
**Capital One Auto Finance c/o AIS Portfolio Srvc**
**Credit One Bank**
**Credit Protection Association**
**Dept of Ed / Navient**
**ERC/Enhanced Recovery Corp**
**Fingerhut**
**Navient**
**Rogers Acceptance Corp**
**Target**

                                                           **/s/ Brad J. Sadek, Esquire**
                                                           **Brad J. Sadek, Esquire**
                                                           **Sadek and Cooper**
                                                           **1315 Walnut Street**
                                                           **Suite 502**
                                                           **Philadelphia, PA 19107**
                                                           **215-545-0008Fax:215-545-0611**
                                                           **brad@sadeklaw.com**